JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL BOHEE,<br><br>        Plaintiff,<br><br>    v.<br><br>CLINTON HARRELL, et al.,<br><br>        Defendant. | NO. CV 19-4990-GW (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: March 13, 2020

                                                    _____
                                                       GEORGE H. WU
                                                UNITED STATES DISTRICT JUDGE